

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHAD ABDI AHMED,<br><br>                                    Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3153-RSH-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 2] |

On May 20, 2026, petitioner Mahad Abdi Ahmed, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The Court construes the Petition as alleging that Petitioner has been unlawfully held in mandatory detention without consideration of bond. In an earlier petition brought by Petitioner, No. 26-cv-981, on March 9, 2026 this Court ordered a bond hearing for Petitioner, Dkt. No. 8; the government thereafter advised that a hearing was timely provided but that bond was denied on the grounds of flight risk, Dkt. No. 10.

On June 4, 2026, Respondents filed a return in the instant action reiterating that Petitioner previously received a bond hearing at which he was found to be a flight risk. ECF No. 6 at 2. However, Respondents take the position, in light of more recent developments in Petitioner's immigration case, that he should receive a new bond hearing under 8 U.S.C. § 1226(a). *Id.*

Accordingly, the Petition is **GRANTED** as follows. The government is directed to arrange a bond hearing pursuant to 8 U.S.C. § 1226(a) for petitioner Mahad Abdi Ahmed before an immigration court within ***ten (10) days*** of this order. The Court declines to order Petitioner's release on parole or other relief, as the Petition does not set forth an adequate legal basis for such relief.

In light of this disposition, Petitioner's motion to appoint counsel [ECF No. 2] is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: June 5, 2026

*Robert S Huie*
_____
Hon. Robert S. Huie
United States District Judge

26-cv-3153-RSH-DDL